■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARILYN GERATHY, Appellant. [33 NYS3d 750]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered December 9, 2014, convicting her of criminally negligent homicide and endangering the welfare of a vulnerable elderly person, or an incompetent or physically disabled person in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting her convictions is unpreserved for appellant review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Leventhal, J.P., Chambers, Hinds-Radix and Connolly, JJ., concur.